IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-184 |
| vs. | |
| NATHAN GOULDING | **ORDER** |
| Defendant. | |

This matter is before the Court on Defendant's Unopposed Motion to Extend Self-Surrender Date. Filing 85.

IT IS ORDERED:

1. Defendant's Unopposed Motion to Extend Self-Surrender Date (Filing 85) is granted;

2. Defendant shall report to the institution designated by the United States Bureau of Prison no later than 2:00 p.m. on November 4, 2020; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 24th day of September, 2020.

BY THE COURT:

Brian C. Buescher
United States District Judge